**Fill in this information to identify the case:**

Debtor name   Palwaukee Hospitality LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-2685

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 3, 2025          X /s/   Amin A. Amdani   *Amin A. Amdani*
                                      Signature of individual signing on behalf of debtor

                                      Amin A. Amdani
                                      Printed name

                                      managing Member
                                      Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    Palwaukee Hospitality LLC | |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | |
| Case number (if known)    1:25-bk-2685 | ☐ Check if this is an amended filing |

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Albany Bank | Checking | | $22,322.00 |
| 3.2. | PNC | Checking | | $100.00 |
| 3.3. | Albany Bank | Other financial account | | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $22,422.00 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Debtor　　Palwaukee Hospitality LLC　　　　　　　　　　　Case number *(If known)*　1:25-bk-2685
　　　　　Name

11.　　**Accounts receivable**

11a. 90 days old or less:　　5,866.15　　-　　0.00　　= ....　　$5,866.15
　　　　　　　face amount　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　947.48　　-　　0.00　　=....　　$947.48
　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　$6,813.63

　　　Current value on lines 11a + 11b = line 12.　Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.　Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.　Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** Products for gift shop snacks | | $0.00 | | $250.00 |

22.　　**Other inventory or supplies**

23.　　**Total of Part 5.**　　　　　　　　　　　　　　　　　　　　　$250.00

　　　Add lines 19 through 22.　Copy the total to line 84.

24.　　**Is any of the property listed in Part 5 perishable?**
　　　☒ No
　　　☐ Yes

25.　　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　☒ No
　　　☐ Yes. Book value　　　　　　　Valuation method　　　　　　　Current Value

26.　　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　☒ No
　　　☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.　Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com　　　　　　　　　Best Case Bankruptcy

| Debtor | Palwaukee Hospitality LLC | Case number *(if known)* 1:25-bk-2685 |
|---|---|---|
| | Name | |

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See Attached | $0.00 | | $6,293.00 |
| 5 HP Computers | $0.00 | | $500.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.   Copy the total to line 86.    | $6,793.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2017 Ford Transit | $0.00 | | $34,678.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Room furniture and supplies - See attached | $0.00 | | $27,885.00 |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Palwaukee Hospitality LLC | Case number *(If known)* | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $62,563.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   600 N. Milwaukee Ave, Prospect Heights, IL PINs: 03242020580000, 03242020560000, and 03242020780000 | | $0.00 | | $6,250,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $6,250,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** hieprospectheights.com | $0.00 | | $0.00 |

| Debtor | Palwaukee Hospitality LLC | Case number *(If known)* 1:25-bk-2685 |
|---|---|---|
| | Name | |

| 62. | **Licenses, franchises, and royalties** | | |
| | Franchise with IHG | $0.00 | $30,000.00 |

| 63. | **Customer lists, mailing lists, or other compilations** |

| 64. | **Other intangibles, or intellectual property** |

| 65. | **Goodwill** |

66.   **Total of Part 10.**

$30,000.00

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Palwaukee Hospitality LLC | | Case number *(If known)* | 1:25-bk-2685 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,422.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,813.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,793.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $62,563.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $6,250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $30,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $128,841.63 | + 91b. $6,250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,378,841.63 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Palwaukee Hospitality, LLC                                        Inventory                                        25-02685

| HR / Accounting Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk |  |  |
| Chairs |  |  |
| Phones |  |  |
| File Cabinets |  |  |
| Pigeon Hole Holder |  |  |
| Mail Box |  |  |
| Ceiling Fan |  |  |
|  |  | $      - |

| Front Desk | QTY | Value |
|---|---|---|
|  |  |  |
| Phones | 2 | $      20.00 |
| Video Cameras | 4 | $    200.00 |
| Security Camera Monitor | 1 | $      20.00 |
| Key Card Machine | 2 | $    200.00 |
| Credit Card Electronic Imprint | 4 | $    400.00 |
| Defibrillator |  | $      - |
|  |  | $    840.00 |

| Front Desk Mgr Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk | 2 | $      50.00 |
| Chair | 2 | $      20.00 |
|  |  | $      70.00 |

| GM Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk | 1 | $      25.00 |
| Chair | 1 | $      10.00 |
| Chair |  |  |
| Phone | 2 | $      20.00 |
| Credenza | 1 | $      25.00 |
| File Cabinet | 2 | $      50.00 |
|  |  | $    130.00 |

| PBX | QTY | Value |
|---|---|---|
|  |  |  |
| Desk |  |  |
| Chairs |  |  |
| Fax Machine |  |  |
| Phone |  |  |
| Phone |  |  |
| PBX Interface |  |  |

| Copying Machine | | |
| --- | --- | --- |
| Time Clock | 1 | $    25.00 |
| File Cabinet | | |
| File Cabinet | | |
| Dry/Erase Board | | |
| Cork Board | 2 | $    10.00 |
| First Aid Box | 2 | $     5.00 |
| Ceiling Fan | | |
| | | $    40.00 |

| Luggage/Storage Area | QTY | Value |
| --- | --- | --- |
| | | |
| Luggage Partition | | |
| Coffee Maker | | |
| Safety Deposit Box | | |
| Refridgerator | 3 | $   150.00 |
| Wall Picture | | |
| | | |
| | | $   150.00 |

| General Break Room | QTY | Value |
| --- | --- | --- |
| | | |
| Table | | |
| Chairs | | |
| T.V. Stand | | |
| T.V. | | |
| Microwave | | |
| Lockers | | |
| | | $      - |

| General Locker Room | QTY | Value |
| --- | --- | --- |
| | | |
| Lockers | 2 | $    40.00 |
| Ironing Board | | |
| Iron | | |
| | | $    40.00 |

| Storage Room | QTY | Value |
| --- | --- | --- |

|  | | |
|---|---|---|
| Computer Tower | 3 | $ 300.00 |
| Voicemail Computer | | |
| Monitors | 3 | $ 30.00 |
| Keyboards | 5 | $ 50.00 |
| Servers | 1 | $ 100.00 |
| Servers | | |
| | | $ 480.00 |

| Houskeeping Mgr Office | QTY | Value |
|---|---|---|
| | | |
| Desk | 1 | $ 10.00 |
| Chairs | 1 | $ 10.00 |
| Phone | | |
| File Cabinet | | |
| Cork Board | 1 | $ 5.00 |
| First Aid Box | 1 | $ 5.00 |
| | | $ 30.00 |

| Houskeeping Department | QTY | Value |
|---|---|---|
| | | |
| Washers | 2 | $ 200.00 |
| Dryers | 2 | $ 200.00 |
| Maid Carts | 6 | $ 60.00 |
| Folding Tables | 1 | $ 10.00 |
| Laundry Carts | 7 | $ 70.00 |
| Vacuum Cleaners | 8 | $ 160.00 |
| Carpet Cleaners | 1 | $ 50.00 |
| Mop | 8 | $ 20.00 |
| Mop Buckets | 2 | $ 5.00 |
| Broom | 8 | $ 8.00 |
| Cribs | 2 | $ 20.00 |
| Rollaways | 2 | $ 20.00 |
| Phone | | |
| | | |
| | | $ 823.00 |

| Houskeeping Break Room | QTY | Value |
|---|---|---|
| | | |
| Tables | 1 | $ 10.00 |
| Chairs | 4 | $ 40.00 |
| Refridgerator | 1 | $ 20.00 |
| Microwave | 1 | $ 10.00 |

| | | |
|---|---|---|
| Coffee Maker | 1 | $ 5.00 |
| T.V. | | |
| Lockers | 10 | $ 160.00 |
| | | $ 245.00 |

| Lobby | QTY | Value |
|---|---|---|
| | | |
| Sofas | 3 | $ 60.00 |
| Chairs | 34 | $ 340.00 |
| Ottomans | | |
| House Phones | | |
| Wall Pictures | 5 | $ 25.00 |
| Luggage Carts | 2 | $ 20.00 |
| Ceiling Lights | 62 | $ 620.00 |
| Garbage Can | | |
| 65" TV | 2 | $ 200.00 |
| Bench | | |
| Water Fountain | 2 | $ 40.00 |
| | | $ 1,305.00 |

| Pool | QTY | Value |
|---|---|---|
| | | |
| Tables | | |
| Chairs | | |
| Sun Bathing Chairs | | |
| Umbrellas | | |
| Side Table | | |
| Life Savers | | |
| Hamper | | |
| Garbage Can | | |
| Water Fountain | | |
| House Phone | | |
| | | $ - |

| Pool Bathrooms | QTY | Value |
|---|---|---|
| | | |
| Chairs | | |
| Hampers | | |
| Wall Pictures | | |
| | | $ - |

| Fitness Center | QTY | Value |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Tredmills | 3 | $ 150.00 |
| Weight Pulley | | |
| Bikes | 1 | $ 50.00 |
| Eclyptic Glider | 2 | $ 1,000.00 |
| Step Machine | | |
| Abdominal Machine | | |
| Weight Rack | 1 | $ 50.00 |
| Free Weights | 28 | $ 140.00 |
| Scale | 1 | $ 50.00 |
| House Phone | 1 | $ 5.00 |
| Magazine Rack | | |
| T.V. | 2 | $ 40.00 |
| Trash Can | 2 | $ 10.00 |
| Clock | 1 | $ 5.00 |
| | | $ 1,500.00 |

| Sales Office | QTY | Value |
|---|---|---|
| | | |
| Desks | | |
| Chairs | | |
| Credenza | | |
| File Cabinet | | |
| Phone | | |
| Bookshelf | | |
| Refridgerator | | |
| Wall Pictures | | |
| | | $ - |

| Sales Foyer | QTY | Value |
|---|---|---|
| wall pictures | | |
| water fountain | | |
| | | $ - |

| Maintenance Department | QTY | Value |
|---|---|---|
| | | |
| Pressure Washer | 1 | $ 100.00 |
| Grinder | | |
| Sander | | |
| Bench Grinder | | |
| Reciprocating Saw | | |
| Table Saw | | |
| Wet tile saw | | |
| Compound Miter Saw | | |

| | | |
|---|---|---|
| Circular Saw | | |
| Air Compressor | | |
| Air Compressor | | |
| Heat Gun | | |
| Drain Cleaning | | |
| Drain Cleaning | | |
| Dual Stage Snowthrower | | |
| Automative jump starters | | |
| Staple Gun | | |
| Hammer Drill | | |
| Bench Vice | | |
| Soldering Gun | | |
| Nailer Gun | | |
| Fiberglass Ladder | | |
| Fiberglass Ladder | | |
| | | $    100.00 |

| Maintenance Tools Sets | QTY | Value |
|---|---|---|
| | | |
| 4 in 1 screwdriver | | |
| Hammer | | |
| Tape Measure | | |
| Torx / Hex key set | | |
| Pliers | | |
| Utility Knife | | |
| Breakaway knife | | |
| Breakaway knife | | |
| Cordless drill | | |
| Needle Nose Pliers | | |
| Diagonal Cutting Pliears | | |
| Curved Needle Nose Pliers | | |
| Slipping pliers | | |
| Leverage Linesman Pliers | | |
| Channellock | | |
| Tub Drain Removal System | | |
| O-Ring Washer Pick | | |
| Caulking Gun | | |
| Sponge | | |
| Vise Grip | | |
| Adjustable wrenches | | |
| Telephone Tester | | |
| Electric Tester | | |
| | | $      - |

| Banquet Chairs/Tables | QTY | Value |
|---|---|---|
|  |  |  |
| Blue Chairs |  |  |
| Banquet Chairs |  |  |
| Boardroom Chairs | 32 | $   320.00 |
| Risers |  |  |
| Classroom Tables | 8 | $   160.00 |
| Classroom Tables |  |  |
| Break Tables |  |  |
| Wide Tables |  |  |
| Linens |  |  |
| Skirts |  |  |
| Wall Pictures | 12 | $   60.00 |
|  |  | $   540.00 |

| Banquet Equipment | QTY | Value |
|---|---|---|
|  |  |  |
| Podiums |  |  |
| Standing Mic Stands |  |  |
| Flip Charts |  |  |
| Flip Chart old metal |  |  |
| 4byb White Boards |  |  |
| Easles |  |  |
| Speaker Stands |  |  |
| AV Carts |  |  |
| Coat Rack |  |  |
|  |  | $   - |

| Banquet Electronics | QTY | Value |
|---|---|---|
|  |  |  |
| LCD Projectors | 1 | $   50.00 |
| LCD Projectors |  |  |
| Sound System |  |  |
| 4 Channell Mixers |  |  |
| Teleconference Phones |  |  |
| Handheld Microphones |  |  |
| Wireless Microphones |  |  |
| Wireless Microphones |  |  |
| Ten Foot Screens | 1 | $   25.00 |
|  |  |  |

**Total Value  $  6,293.00**

4/3/2025
25-02685

Guest Room Inventory

| Rooms | KNGN | TQNN | TWCN | KW2N | XKLN | XFTN | XWBN | KWBN | Totals | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 108 | |
| Beds | 34 | 80 | 2 | 2 | 23 | 2 | 2 | 4 | 149 | $ 1,490.00 |
| Chairs | 34 | 40 | 1 | 2 | | 4 | 4 | 4 | 89 | $ 890.00 |
| Coffee Table | | | | | 23 | 2 | 2 | | 27 | $ 270.00 |
| Night Stands | 68 | 40 | 1 | 4 | 46 | 4 | 4 | 8 | 175 | $ 1,750.00 |
| T.V. Armoires | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 108 | $ 2,160.00 |
| Phones | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 108 | $ 1,080.00 |
| Lamps | 136 | 160 | 4 | 8 | 92 | 6 | 6 | 16 | 412 | $ 4,120.00 |
| Desk | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 2,080.00 |
| Desk Chair | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 1,040.00 |
| Coffee Maker | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 520.00 |
| Hair Dryer | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 1,040.00 |
| Iron | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 1,040.00 |
| Ironing Board | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 1,040.00 |
| T.V. | 34 | 40 | 1 | 2 | 23 | 4 | 4 | 4 | 108 | $ 2,160.00 |
| Alarm Clocks | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 520.00 |
| Mirrors | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 520.00 |
| Wall Pictures | 68 | 80 | 2 | 4 | 46 | 4 | 4 | 8 | 208 | $ 1,040.00 |
| Refridgerator | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 2,080.00 |
| Microwave | 34 | 40 | 1 | 2 | 23 | 2 | 2 | 4 | 104 | $ 2,080.00 |
| Sofa / Love Seat | | | | | 23 | 2 | 2 | | 27 | $ 675.00 |
| | | | | | | | | | | $ 27,595.00 |

| Floors | 1 | 2 | 3 | 4 | 5 | | | | Totals | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Tables | | | | | | | | | 0 | |
| Mirrors | | | | | | | | | 0 | |
| House Phones | | | | | | | | | 0 | |
| Ice Machine | | | | 1 | 1 | | | | 2 | $ 200.00 |
| Garbage cans | 14 | 1 | 1 | 1 | 1 | | | | 18 | $ 90.00 |
| | | | | | | | | | | $ 290.00 |
| | | | | | | | | | Total Value | $ 27,885.00 |

**Fill in this information to identify the case:**

Debtor name _Palwaukee Hospitality LLC_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION_

Case number (if known) _1:25-bk-2685_

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Albany Bank

Creditor's Name

3400 W. Lawrence Avenue
Chicago, IL 60625

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
4325

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Albany Bank
2. Cook County Treasurer

**Describe debtor's property that is subject to a lien**
600 N. Milwaukee Ave, Prospect Heights, ILPINs: 03242020580000, 03242020560000, and 03242020780000

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $5,738,797.23 | $6,250,000.00 |

**2.2** Cook County Treasurer

Creditor's Name

118 N. Clark
Chicago, IL 60602

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2024-2025

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
600 N. Milwaukee Ave, Prospect Heights, ILPINs: 03242020580000, 03242020560000, and 03242020780000

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $105,779.89 | $6,250,000.00 |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

Specified on line 2.1

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,844,577.12 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Palwaukee Hospitality LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)    1:25-bk-2685

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,800.00 | $23,800.00 |
| | Date or dates debt was incurred<br>2024-2025 | Basis for the claim:<br>Employee Withholdings | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $136,298.25 | $136,298.25 |
| | Date or dates debt was incurred<br>2024-2025 | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86,140.39 | $65,972.88 |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee Withholdings | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,475.00 | $75,475.00 |
|---|---|---|---|---|

**Medicare**
PO Box 1270
Lawrence, KS 66044

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,706.10 |
|---|---|---|---|

**ADP, Inc**
1851 NNesler Dr
MS-600
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**American Quick Foods, Inc.**
12907 Russwell St
Overland Park, KS 66209-3628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,495.50 |
|---|---|---|---|

**American Taxi Dispatch Inc**
834 E. Rand Rd, Suite 9
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,456.00 |
|---|---|---|---|

**Antolik Hospitality**
874 Lakesiden Drive
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.09 |
|---|---|---|---|

**AT&T**
225 W. Randolph St
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.00

Bask Development Inc
1375 Remington Road
Suite E
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.81

Booking.com
5295 Paysphere Circle
Chicago, IL 60674-5295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,996.71

Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00

Chem-Wise Ecological Pest Mgnt, Inc
350 Bennet Rd
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.46

Cintas Corp.
6800 Cintas Blvd
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580.00

City of Prospect Heights
8 N Elmhurst Rd
Prospect Heights, IL 60070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,910.06

City of Prospect Heights
8 N Elmhurst Rd
Prospect Heights, IL 60070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00

CNSCVB
8833 Gross Point Rd, Suite 307
Skokie, IL 60077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,506.53 |
|---|---|---|---|

Commonwealth Edison
10 S. Dearborn St, 52nd FL
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,803.29 |
|---|---|---|---|

CUSA, LLC
1300 Ridenour Blvd, NW, Suite 200
Kennesaw, GA 30152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,335.00 |
|---|---|---|---|

EventConnect Software, LLC
PO Box 4598
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,413.40 |
|---|---|---|---|

Expedia Inc
1111 Expedia Group Way W
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $296.57 |
|---|---|---|---|

Flood Brothers Disposal & Recycling Serv
17W609 14th Street
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $636.00 |
|---|---|---|---|

Fox Valley Fire & Safety
2730 Pinnacle Dr
Elgin, IL 60124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,740.93 |
|---|---|---|---|

Great Lakes Coca-Cola Distribution
6250 N. River Rd, Suite 9000
Rosemont, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,197.90 |
|---|---|---|---|

HD Supply Facilities Maintenance, Ltd.
3400 Cumberland Blvd., SE
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**
IBHC, LLC
4751 West Bay Blvd, #902
Estero, FL 33928

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,290.30

---

**3.23**

**Nonpriority creditor's name and mailing address**
Illinois American Water
1000 International Parkway
Woodridge, IL 60517

**Date(s) debt was incurred** _
**Last 4 digits of account number** _9471_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,943.56

---

**3.24**

**Nonpriority creditor's name and mailing address**
Illinois American Water
1000 International Parkway
Woodridge, IL 60517

**Date(s) debt was incurred** _
**Last 4 digits of account number** _9488_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$365.18

---

**3.25**

**Nonpriority creditor's name and mailing address**
Illinois Heating & Cooling
2411 Sweet Clover Ct
Elgin, IL 60124

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$210.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
Insight Direct USA, Inc.
C/o Bank of America
9240 Collection Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$74.08

---

**3.27**

**Nonpriority creditor's name and mailing address**
Intercontinental Hotels Group
3 Ravinia Dr, Suite 100
Atlanta, GA 30346-2149

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$203,171.73

---

**3.28**

**Nonpriority creditor's name and mailing address**
John Pikkarski, Jr
55 W. Moonroe St, Suite 940
Chicago, IL 60603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$25,980.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
Law Offices of Scott M. Annes, LLC
2 W Talcott, Suite 34
Park Ridge, IL 60068

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$4,940.00

---

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

---

**3.30** | Nonpriority creditor's name and mailing address
Lexy Travel Technologies
205 Datura St., 19th Floor
West Palm Beach, FL 33401

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$178.50

---

**3.31** | Nonpriority creditor's name and mailing address
Mark Antolik
874 Lakeside Dr
Bartlett, IL 60103

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,908.61

---

**3.32** | Nonpriority creditor's name and mailing address
Marlin Business Bank
1500 John F. Kennedy Blvd
Philadelphia, PA 19102-1710

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$3,030.96

---

**3.33** | Nonpriority creditor's name and mailing address
MVS
PO Box 7111
Carol Stream, IL 60197-7111

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$4,000.00

---

**3.34** | Nonpriority creditor's name and mailing address
Nicor Gas
1844 Ferry Road
Naperville, IL 60563

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$575.48

---

**3.35** | Nonpriority creditor's name and mailing address
Northbrook Chamber of Commerce
2002 Walters Ave
Northbrook, IL 60062

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$390.00

---

**3.36** | Nonpriority creditor's name and mailing address
ODP Business Solutions, LLC
6600 North Military Trail
Boca Raton, FL 33496

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,062.16

---

**3.37** | Nonpriority creditor's name and mailing address
Onyx-Pegasus
Two Licoln Center
5420 LBJ Freeway, Suite 900
Dallas, TX 75240

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,482.68

---

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.00

Ovation Networks
3100 Oakland Rd NE, Suite A
Cedar Rapids, IA 52402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,370.98

PremiStar-North
18 Congress Circle West
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123.00

Quore
5000 Meridian Blvd, #400
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127.83

Royal Cup Coffee, Inc
160 Cleage Dr
Birmingham, AL 35217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,700.03

Schindler Elevator Corp.
20 Whippany Rd
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $330.71

SONOFI Solutions, Inc
3900 W. Innovation St
Sioux Falls, SD 57107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,271.21

Sysco Food Services - Chicago, Inc.
1390 Enclave Parkway
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | Palwaukee Hospitality LLC | Case number (if known) | 1:25-bk-2685 |
|---|---|---|---|
| | Name | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 321,713.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 422,114.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 743,827.99 |

**Fill in this information to identify the case:**

Debtor name _____Palwaukee Hospitality LLC_____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:25-bk-2685___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement | |
| State the term remaining    4 years | |
| List the contract number of any government contract    _____ | Intercontinental Hotels Group<br>3 Ravinia Dr, Suite 100<br>Atlanta, GA 30346-2149 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Palwaukee Hospitality LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-2685

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Amin Amdani | 4909 Oakton St<br>Skokie, IL 60077 | Albany Bank | ☒ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2  Amin Amdani | 4909 Oakton St<br>Skokie, IL 60077 | Intercontinental Hotels Group | ☐ D _____<br>☐ E/F _____<br>☒ G   2.1 |
| 2.3  Bimal Boshi | | Intercontinental Hotels Group | ☐ D _____<br>☐ E/F _____<br>☒ G   2.1 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy